## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

SUN LIFE ASSURANCE COMPANY
OF CANADA                                              PLAINTIFF

v.                          No. 3:18-cv-119-DPM

TONYA DANIELS                                          DEFENDANT/
                                                       THIRD-PARTY
                                                       PLAINTIFF

TISHA VANALLEN                                         DEFENDANT

AAA COOPER TRANSPORTATION                              THIRD-PARTY
                                                       DEFENDANT

### ORDER

When I was practicing law, I represented AAA Cooper Transportation in a personal injury case. *See* No. 3:97-cv-394-BRW. I don't recall any details. And I don't believe my impartiality in presiding over this new unrelated matter could reasonably be questioned based on my role in the old case.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_12 October 2018_