IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SUN LIFE ASSURANCE COMPANY
OF CANADA                                                          PLAINTIFF/
                                                      COUNTER-DEFENDANT

v.                          No. 3:18-cv-119-DPM

TONYA DANIELS                                                DEFENDANT/
                                                    THIRD-PARTY PLAINTIFF/
                                                        COUNTER CLAIMANT

TISHA VANALLEN                                                  DEFENDANT

AAA COOPER TRANSPORTATION                                      THIRD-PARTY
                                                                 DEFENDANT

ORDER

1. The Court received the $50,000 policy proceeds on February 14th, and appreciates Sun Life's additional papers on attorney's fees and expenses. № 42. The insurer requests $12,063 in fees and $599.83 in expenses.

2. All material things considered, the Court exercises its discretion and awards Sun Life a reasonable fee of $7,000.17 and reasonable expenses of $499.83 for a total of $7,500.00. *Federated Mutual Insurance Co. v. Moody Station and Grocery*, 821 F.3d 973, 979 (8th Cir. 2016); *Hunter v. Federal Life Insurance Co.*, 111 F.2d 551, 557 (8th Cir. 1940).

The filing fee, and the mileage for the paralegal to file the complaint, are reasonable. It is not reasonable to charge the beneficiaries for the *pro hac vice* admission fee for one of Sun Life's three lawyers.

The Court approves a blended hourly rate of $250. This is a healthy number for uncomplicated ERISA-related work in Northeast Arkansas. This dispute was vexed; the competing claimants compounded the work for Sun Life. The interpleader, though, could have been accomplished more quickly and more efficiently. In general, a disinterested stakeholder should be out of pocket as little as practicable. But Sun Life seeks approximately 25% of the relatively small $50,000 death benefit, which will be split in two based on the contending claimants' settlement. The Court approves thirty hours of work at the blended rate, plus seventeen cents to simplify the math. This is the modest fee contemplated by precedent. *E.g, Federated Mutual Insurance Co.*, 821 F.3d at 979; *Hunter*, 111 F.2d at 557.

**3.** The Court directs the Clerk to disperse the funds:

| | |
|---|---|
| Sun Life: | $ 7,500.00; |
| Tonya Daniels: | $21,250.00, plus 50% of any accrued interest; |
| Tisha VanAllen: | $21,250.00, plus 50% of any accrued interest. |

The claimants' joint motion to dismiss, № 40, is granted.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 February 2019