IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SUN LIFE ASSURANCE COMPANY
OF CANADA                                                                PLAINTIFF/
                                                               COUNTER-DEFENDANT

v.                              No. 3:18-cv-119-DPM

TONYA DANIELS                                                    DEFENDANT/
                                                          THIRD-PARTY PLAINTIFF/
                                                               COUNTER CLAIMANT

TISHA VANALLEN                                                      DEFENDANT

AAA COOPER TRANSPORTATION                                      THIRD-PARTY
                                                                   DEFENDANT

## JUDGMENT

The case is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 February 2019